UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GAYNELL BARNETT AND　　　　　　　　　　　　CIVIL ACTION
WAYNE BARNETT, JR.,
Individually and on behalf
of their minor child,
ELIJAH BARNETT

VERSUS

　　　　　　　　　　　　　　　　　　　　　　　NO. 08-724-C
WAL-MART LOUISIANA, LLC
and ABC INSURANCE COMPANY

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 15, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, motion to remand (rec.doc.2) and the motion for oral argument (rec. doc.3) filed by plaintiffs, Gaynell Barnett and Wayne Barnett, Jr., individually and on behalf of their minor child, Elijah Barnett, are denied.

Baton Rouge, Louisiana, March _17_, 2009.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RALPH E. TYSON, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF LOUISIANA